## UNITED STATES v. FRIEDMAN.

### No. 7744.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 6, 1941.

Decided Oct. 6, 1941.

Edward I. Feinberg and Paul M. Salsburg, both of Atlantic City, N. J., for appellant.

Joseph W. Burns, of Washington, D.C. (Charles M. Phillips, U. S. Atty., of Trenton, N. J., on the brief), for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

An examination of the record in this case fails to disclose any error which affected the substantial rights of the defendant.

Accordingly, the judgment of the District Court is affirmed.